UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>KRISTIAN MARIA ESCOBAR,<br><br>       Defendant. | CASE NO. 11CR5395<br><br>**JUDGMENT OF DISMISSAL** |

FILED
JAN 11 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

  21USC952 AND 960; 18:2 - IMPORTATION OF MARIJUANA; AIDING AND ABETTING

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 11, 2012

                     Jan M. Adler
                     U.S. Magistrate Judge